■ THE PEOPLE OF STATE OF NEW YORK, Respondent, v ANIBAL FUENTES, Appellant. [47 NYS3d 719]—Appeal by the defendant from an order of the County Court, Suffolk County (Kahn, J.), dated June 2, 2016, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court properly designated him a level two sex offender pursuant to the Sex Offender Registration Act (*see* Correction Law art 6-C).

His contention that he was entitled to a downward departure from his presumptive designation as a level two sex offender is unpreserved for appellate review (*see People v Gillotti*, 23 NY3d 841, 861 n 5 [2014]; *People v Johnson*, 11 NY3d 416, 421-422 [2008]; *People v Gonzalez*, 144 AD3d 880 [2016]) and, in any event, is without merit (*see People v Uphael*, 140 AD3d 1143, 1145 [2016]; *People v Sanchez*, 138 AD3d 946 [2016]; *People v Rodriguez*, 136 AD3d 880, 881 [2016]). Rivera, J.P., Dillon, Chambers and Hinds-Radix, JJ., concur.